FRANCES A. MASSEY, Respondent, *v.* GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.

Submitted April 19, 1937; decided April 27, 1937.

Motion for reargument denied, without costs. In affirming the judgment of the Appellate Division, without opinion, we do not adopt all that may be said in the opinion of that court. This is well understood by the profession. The question of the defendant's good faith was not before us on this appeal; therefore, in affirming the judgment of the Appellate Division we did not undertake to approve what was said by that court about good faith. (See 273 N. Y. 531.)

MARIE B. SWANTON, Respondent, *v.* JOHN CURLEY, Appellant.

Submitted April 19, 1937; decided April 27, 1937.

Motion to amend remittitur or for a reargument denied, with ten dollars costs and necessary printing disbursements. (See 273 N. Y. 325.)

EMIL HAUSER, Appellant, *v.* AUGUSTA M. BARTOW, Respondent.

Submitted April 19, 1937; decided April 27, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 273 N. Y. 370.)

CENTRAL HANOVER BANK AND TRUST COMPANY, Appellant, *v.* FREDERICK KRAFT et al., Respondents.

Submitted April 19, 1937; decided April 27, 1937.

Motion for reargument and to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 273 N. Y. 634.)